# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

THOMAS SHELLEY,

       Petitioner,

   v.

DR. RENYOLDS,

       Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-030-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent without prejudice.

PETER OPPENEER

**Peter Oppeneer, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____2/2/09_____
Date